Form 12B

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

U.S.A. vs. DAVID MCGREGOR                                    Docket No. 3:03CR00286(CFD)

## Petition For Modification of Conditions or Term of Probation/Supervised Release with the Consent of the Offender

   COMES NOW, Sandra Hunt, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of David McGregor who was sentenced to time served and 3 years supervised release for a violation of 18 U.S.C.§§ 922(q)(2)(A), 924(a)(4) and 921(a)(25), Possession of a Firearm Within a School Zone, by the Honorable Christopher F. Droney, U.S. District Judge, sitting in the court in Hartford, Connecticut on February 11, 2004, and imposed the general terms and conditions theretofore adopted by the court and also imposed the special condition and terms as follows:

1) The defendant is prohibited from possessing a firearm or other dangerous weapon; (2) The defendant is required to participate in a substance abuse program approved by the U.S. Probation Officer; and (3) The defendant is required to particpate in an educational or vocational training program approved by the U.S. Probation Officer, if not otherwise gainfully employed.

David McGregor began supervision on FEBRUARY 11, 2004.

## RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

On April 9, 2006, Mr. McGregor was arrested by the New Haven, Connecticut Police Department and charged with Criminal Trespass 3rd Degree, a Class C misdemeanor. Mr. McGregor was arrested at the Church Street South housing project in the company of two persons with prior felony convictions. Previous misdemeanor arrests and infractions have been reported to the Court during the term of supervised release, including Operating an Unregistered Motor Vehicle, Operating Without Insurance, and Operating Without a Driver's License (April 7, 2006, $75 fine) and Disorderly Conduct (August 13, 2004, $90 fine).

**PRAYING THAT THE COURT WILL ORDER** that this petition will serve:

   ☐ To extend the term of probation/supervised release for years, for a total term of years.
   ■ To modify the conditions of supervision as follows:

That the defendant be placed on home confinement with electronic monitoring for a period of 90 days. The defendant shall make all provisions for the appropriate installation of the electronic monitoring equipment. Further, the defendant shall comply with all conditions of electronic monitoring as required by the Probation Office and be responsible for all monitoring costs.

A signed Waiver of Hearing to Modify Conditions is attached.
The attorney for the defendant has been notified and concurs with the modification.

**ORDER OF COURT**

Considered and ordered this 26th day of April, 2006 and ordered filed and made a part of the records in the above case.

The Honorable Christopher F. Droney
United States District Judge

Respectfully Submitted,

Sandra Hunt
United States Probation Officer

Place:  New Haven, Connecticut

Date:   April 26, 2006

PROB 49
(3/89)

# United States District Court

### District of Connecticut

**Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision**

   I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

   I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

Based on his arrest for Criminal Trespass 3rd Degree on April 9, 2006, Mr. McGregor shall be placed on home confinement with electronic monitoring for a period of 90 days. The defendant shall make all provisions for the appropriate installation of the electronic monitoring equipment. Further, the defendant shall comply with all conditions of electronic monitoring as required by the Probation Office and be responsible for all monitoring costs.

Witness: _____        Signed: _____
        Sandra L. Hunt                            David McGregor
        U.S. Probation Officer                    Supervised Releasee

                          _____
                          4/26/06
                          Date